In the United States District Court
For the Western District of Michigan

**FILED**

*Eugene Williams, prose # 570 886*

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

SEP - 5 2008

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**08 - 13821**

v. *Blaine Lafler, ADW McCollick, Mr. Olsen*
*SLF Inspector Welton, H.D. Spurgis, Steve Rivard*
*Patricia Caruso, Leo Friedman, Mike Cox, Jenifer Granhum, etal.*

(Enter above the full name of the defendant or defendants in this action.)

**Judge Avern Cohn**

**COMPLAINT**

**MAGISTRATE JUDGE
VIRGINIA M. MORGAN**

I.    **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $350 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $350 filing fee regardless whether your complaint is dismissed.**

A.    Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐ No ☑

B.    If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.    Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
*N/A*

2.    Is the action still pending?    Yes ☐ No ☑

a.    If your answer was no, state precisely how the action was resolved: *N/A*

3.    Did you appeal the decision?    Yes ☐ No ☑

4.    Is the appeal still pending?    Yes ☐ No ☐

a.    If not pending, what was the decision on appeal? *N/A*

5.    Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?    Yes ☐ No ☑

If so, explain: *N/A*

(Last Revised: January 2007)

II.     **Place of Present Confinement**  Baraga MAX. Corr. Fac. 13924 wadaga Road Baraga, MI 49908-9204

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined:  SLF St. Louis Correctional Fac.

III.     **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.     Name of Plaintiff  Eugene Willams, Pro se # 570886

        Address  AMF Baraga MAX. Corr. Fac. 13924 wadaga RD. Baraga, MI 49908-9204

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. **State whether you are suing each defendant in an official or personal capacity.**

B.     Defendant  Elaine Lafler          is employed as  warden SLF

        at  St. Louis Corr. Fac. 8585 N. Crosswell Road St. Louis MI 48880

C.     Additional Defendants  Michigan State Police, MSP Detective Treitch,

        Cou Angel, CO Shotwell

        All Defendants Are Being Sued in their Official And their

        personal Capacity.

IV.     **Statement of Claim**

State here, as briefly as possible, the **facts** of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

The above Defendants deprived me of Federal Constitutional Rights secured by the Constitution And Laws of the United states Acting under the color of state law. These Actors knowingly, willfully, corruptly with malice, evil motive and a Reckless Disregard for the truth Falsified N.O.I., transfers from prison to a maxium security prison

WHERE MY LIFE IS IN EMINATE DANGER every Time I leave my Cell. THE STAFF DISCRIMINATED AGAINST me based on RACE, Committed "Fraud", FALSELY REPORTED Alleged Crimes, violated my Federal Civil Rights and SUBSTANTIVE DUE Process As a prisoner.

THIS Alleged "FABRICATED PLOT TO ESCAPE", is Racially motived DUE to A EX-BoyFried, Co workers, who ARE obviously extremely upset that their Co-worker fell in Love with a prisoner. THE same FORMER M.D.O.C. employee AND this prisoner who Have Long Teem PLANS As of 8-15-08 Today.

THESE Known "FALSEHOODS" ARE Summerized IN A (N.O.I.) notice of Intent By SLF Inspector WALTON Dated 4/24/07, and IBC Segregation CLASSIFICATION Report DATED 4/27/07.

THE OUTRAGEOUS Abuse OF Government Power By the MDOC, And these employees who Have NOT Been Adequately Supervised OR Trained, AND ACTING with DELIBIRATE INDIFFERENCE, and FAILURE TO ACT AND STOP this "Fraud". THE STATE Police Conduct is even WORST TO ENTER TAIN SUCH ARBITRARY, Caprious, intentional Discrimination, RETUTATION AND OBSTRUCTION OR TO ACTIVELY Conceal and participate in these "Intent crimes".

Falling in LOVE is NOT A "Crime", NOR is being WHITE OR BLACK Human beings who CARE FOR ONE ANOTHER.

THESE Prison Conditions that the ACTS, omissions, Fraud, reANDer Federal violations of the Eight Amendment And Are Cruel and unusual punishments, AND these state ACTORS, ACTING UNDER the Color of LAW DEPRIVED ME OF the FEDERAL Rights Secured By the Constitution AND LAWS OF the United States As follows; First, Fourth, Fifth, Sixth Eights, Ninth, Tenth, Thirteenth, Fourteenth, and FIFTEENTH amendments WHERE by Section 1983 is AN vehicle VENUE TO RESOLVE This injustice, As well As Federal Civil Rights Deprivations.

V.    Relief

State briefly and precisely what you want the court to do for you. (1) immediately Grant this §1983 Claim, (2) Grant injustive and declatory relief, (3) Appoint A Federal Lawyer due to "Government Corruption" in the State, (4) enter order that I Be placed Back to lower Level Prison Back in the Eastern District, (5) Grant right to sue for punitive damages of 1.6 million dollars in each defendants official and personal capicity, (6) Grant right to sue for compenatory damages of $ 750,000.00 dollars, and hard-ship of $ 150.00 per day in segregation, and Level VI placement, and (7) immediate stop all retaliation

8/15/08
**Date**

_Signature of Plaintiff_

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-4-

(Last Revised: January 2007)

UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF Michigan
Northern Division

Eugene Williams, 570 886

    Plaintiff

                           New Action: _____
                           Chief Judge: _____

V.
                           Magistrate Judge: _____

Blaine Lafler, et al
A.D.W. McCormick, Inspector
Welton, H.O. Spurgis,
Steve Rivard, Patricia Caruso,
Mike Cox, Jenifer Granholm, et al

       Defendant(s)

---

Eugene Williams Pro se # 570 886
Baraga Max. Corr. Fac. 13924 Wadaga Road
Baraga, MI 49408-9204

Blaine Lafler Warden St. Louis Corr. Fac.
8585 N. Crosswell Rd. St. Louis, MI. 48880

---

      Pro se Federal Civil Rights Complaint
      Pursuant to: 42 USC §§ 1983, 2000 dd-1 etseq

The Plaintiff Eugene Williams In Forma Pauperious And
Moves this Honorable Court without any undue delays to
Grant this § 1983 Claim to proceed in this Court:

1.

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 USC § 1983 to redress the deprivation, under the color of state law, of rights secured by the Constitution of the United States.

The United States District Court for the Eastern District of Michigan has jurisdiction under. 28 USC §§ 1331, 1343 (4)(3).

2. The plaintiff Eugene Williams, and prose litigant in forma pauperious seeks declaratory relief pursuant to. 28 USC §§ 2201, 2202.

This Honorable Court can also grant and provide the plaintiff claims of injunctive relief which is also being sought pursuant to, and authorized by. 28 USC §§ 2283, 2284 and Rule 65 Federal Rule Civil Procedure

3. The United States District Court for the Eastern District of Michigan is an appropriate venue under. 28 USC. Section 1391 (b)(2), because it is where the events giving rise to this claim occured.

II. The plaintiff Eugene Williams Prose Litigant inmate

4. Eugene Williams, Plaintiff is and was at all times mentioned herein a prisoner of the State of Michigan in the custody of the Michigan Department of Corrections. The Plaintiff is currently Confined in the level V Maximum Security Correctional Facility at Baraga AMF Located at 13924 Wadaga Road Baraga, MI 49908-9204.

## III    The Defendants

5. The Defendants Warden Blaine Lafler, under the supervision of Michigan Department of Corrections Directors Patricia Caruso, Leo Friedman are legally Responsible for the overall Operations of the Department and the Institution of St. Louis Correctional Facility. The Directors Caruso, Leo Friedman, Mike Cox P 43039, Jenfer Granholm P 40922 are Responsible for the Adequate Training and Supervision of these State employee's, and their Directors at all MDOC Facilities.

6. The Defendant Blaine Lafler is Responsible for the St. Louis Correctional Facility Daily Operations and well fare of all Prisoners, and inmates at that prison.

7. The Defendants Warden Blaine Lafler, Inspector Walton,

A.D.W. MARK McCullick, STEVEN Rivard, CO Angle, CO SHortwell, were All Assigned At the ~~St. Louis Correctional Facility~~ Bellamy Creek Corr. Fac. From April 24, 2007 through July 1, 2007.

8. EACH Defendant is SUED individually AND IN his OR her OFFICIAL Capacity, AT All times mentioned in this Complaint, EACH Defendant Acted under the Color OF Law. Additional Defendants, And state Agent STATE Police DET. TREITCH And MR. Olsen ARE being Sue equally ACTING AS STATE Agents And ACTORS in these Deprivation.

## FACTS

9. THE Above Defendants Deprived me OF Federal Constitutional Rights Secured By the Constitution AND Laws of the United States Acting under the Color OF LAW, THrough Fraud, Discrimination, Retaliation of Official Government Documents. ON OR About 4/24/07 (see M.D.O.C. N.O.I. which Summerized these Known FALSE Hoods, Base ON INTENT Crimes) by INSPECTOR WELTON. This S.I.F. St. Louis MDOC INSPECTOR Along with A.D.W. MARK McCullick (on 4/23/07 who Alleges A Recieved pHone Call By

4.

Someone identified Him Self As A Mr. Olsen. Mr. Olsen
Alleges A Michigan Dept. Of Corrections employee, And a
Prisoner (williams # 570886 to A planed Person Escape),
See EXHiBiT A  N.O.I. NOTICE OF INTENT TO CLASSIFY TO
Segregation Dated 4/24/07 (IBC) Reporting staff memer
Inspector Welton,

CO's Angle, and CO Shotwell Conduct To Conspire to these
FAlse Allegations And "FAlse Reports of Alleged Crymes" violated
MCLA §§ 750.411 (a)(1) § 411 a (1), 767.83, 764.1e. Where By EACH
St. Louis Corr. FAc. employee violated Employee Regulations And
Employee Discipline [MDOC P.D. 02.03.100]; EXTERNAL Commun-
ications By Employee's [MDOC P.D. 02.03. 106]; CODE Of Ethics
And Employee Conduct [MDOC. P.D. 02.03. 107], and will Ful
WANTON Recklessness, ARbiTrary, And Caprious Discriminatory
Harassment [MDOC P.D. 02.03.109], Prisoners DUE Process
And Prisoner Discipline [MDOC. P.D. 03.03. 105]. WOlFF v.
McDonnel, 418 US 539, 551-558 (1974). Even if these Acts were
Taken For Another Reason, They would Rise to A § 1983 Claim.

the plaintiff Eugene Williams filed A Grievance immed-
Ately there After stating my innocense on 4/24/07, 5/14/07,
6/1/07, 6/5/07 (The staff Alleges the Grievance was Resolved
But infact it was not, and still is not). See Exhibit
IBC # 0706 1632 - 22B, and Step III AMF 07-07-
02637 -21C, warden Blaine Lafler is responsible for
the St. Lous Correctional staff members following All man-
dates By the Michigan Department of Corrections Policy Dire-
ectives M.D.O.C. P.P. 01.04.110 Administrative Rules, policies and
Procedures, and Administrative rule 791.2205 [mandates His
Responsibility to see that staff follow and abide by them].
The warden and A.D.W. Steven Rivard, Inspector Welton
CO's Angle, and CO Shotwell, et al falsified prisoner
Program Classification documents [M.D.O.C. P.D. 05.01.100]; prisoner
Security Classification [M.D.O.C. P.P. 05.01.130]; Statistical
~~Risk~~ Risk screening [M.D.O.C. P.D. 05.01.135]; prisoner
Placement and Transfer [M.D.O.C. P.D. 05.01.140]; And Also

6

MOVEMENT BY PRISONERS within the INSTITUTION [M.D.O.C.
P.D. 04.04.130], All based of fraud, AND FALSE REPORTS
OF CRIMES. 750.411 & 411 a (1), or MCLA §§ 750.411 a (1) & 411
a (1), 750.282, 764.1e.

URF WARDEN Jerri-Ann Sheri should have never Accepted
THE Plaintiff, prior, During or even AFTER my ~~Actual~~ Arrival
AT Chippewa Correctional URF Prison. URF Warden Sheri violated
[M.D.O.C. P.P. 01.04.110] ADMINISTRATIVE Rules, Policies AND Procedures
ADMINISTRATIVE RULE 791.2005, Along with A.D.W. MACKIE,
ADW Boyton, Richard "DICK" ~~Derry~~ Derry, eTAL. These M.D.O.C. Correct-
IONAL OFFICIAL Aided, Conspired, Have A CUSTOMARY Policy OF
DISCRIMINATION against BLACK Prisoners DATING BACK TO 1990.
THE TRANSFER TO AMF Baraga MAX Corr. Fac. From URF CHippewa
EVEN MORE SO "SUpports the Plaintiff's Claims," AND
Hardships. I Have Been intentionally placed in A very, very
Dangerous prison where my LIFE is in "Fear" every time
I step out of my Cell. All based of "Fraud", Discrimin-
ATion, Retaliation, incompetence, FAIse Reports of Allege Crimes.

7,

THE ABOVE Information is TRUE TO the BEST OF my BElief And Knowledge, And that PLAINTIFF Has been Denied Substantive DUE Process, And Federal Rights Secured By the CONSTITUTION AND LAWS of the UNITED STATES By these state Government Agents, And ACTORS ACTING UNDER the Color OF STATE LAW. WEST v. ATKINS, 487 US 42, 48 (1988); STREET V. Corr. Corp. AMI. 102 F.3d 810, 814 (6TH Cir. 1996). Fed. R. Civ. P. Rule 8(a)(1)(2)(3),(C)[.] Id. And is my SHORT Plain statement. THESE Federal Constitutional Rights INCLUDE BUT NOT Limited TO: U.S. Const. AmS. I, IV, V, VI, VIII, IX, X, XII/§12. XIV §1,2,3,4,5. XV (42 USC § 1983).

## Legal ISSUES

10. A prisoner Has A Fundamental Constitutional Right TO DUE Process M.D.O.C. P.D. 03.03.105, Wolff v. McDonnell, 418 US 539, 551-558 (1974); Sandin v. Conner, 515 US 472-475 115 SCT 2293-2295 (1995), THESE DUE Process Rights, AND Federal Rights secured By the Constitution DO NOT sHED AT

8.

AT the prison gates. MADISON v. Parker, 104 F. 3d 765

766, 767-769 (5th Cir. 1997); Sandin v. Conor, supra.

A prisoner who exercises his first and fourteenth amendment rights to redress the "Government" is federally protected. Bill Johnson restaurants, Inc. v. N.L.R.B., 461 US 741, 103 SCT 2161, 76 Led 2d 277 (1983), the Government can not punish me as a Grievant, or for exercising my federal Constitutional rights for what the law allows the plaintiff to do. Black ledge v. Perry, 417 US 21, 94 SCT 2098 40 Led 2d 628-631 (1974). (Rights to write and participate in the Grievance process with out fear of retaliation, transfered from prison to prison, Record screenings and classification fabricated and security legal increased base on fraud MCLA §§ 750.282 § 280, 764.1e, 767.83, 600.6470 § 6470.). The conduct is so discriminatory it violates M.D.O.C. P.D. 02.03.109 [Discrimination Harassment] polity, and Code of Ethic's and conduct — Employee's M.D.O.C. P.D. 02.03.107, and violates the M.D.O.C. P.D.

9.

03.03. 130 [Humane Treatment And Living Conditions For Prisoners] (Transfering me Based on "Staff Corruption, Falsifing Official Government Documents, Arbitary, and Caprious Racial Anism Animus And willful Discrimination' And Failure To Act And Conceal these State Employees who Committed these Acts And ommissions.), mounts To Deliberated indifference see Wilson v. Sieter, 501 US 294, 303; 111 SCT 2321-2323 (1991); Hudson v. McMillan, 501 US 1, 10, 112 SCT 998 (1992) (Failure To Act mounts To deliberate indifference in violation of the federal Constitution's Eight Amendment And is Cruel And unusual Punishment), Farmer v. Brennan, 511 US 825, 834 (1994); Meadore v. Cabinet of Human Resources, 90 F. 3d 474, 476 (6th Cir. 1994). "Falling In Love is NOT A crime", nor is writing A grievance Redressing the above Retaliation, see Eckford-EL v. Toomb, 760 F. Supp 1267 at 1270 (WP. Mich. 1991); tHaddeus -X v. Bladden, 175 F. 3d at 394, 396,

398, 461 (6TH Cir. 1989); Crawford-EL v. Button, 523 US 574

-580, 118 SCT 1584, 140 Led 2d 759-761 (1998).

I Am in Fear For my Life Daily At this prisone AdmF Level

Five Maximum Security prison where I am Howe with "Gang

Bangers, And Serial Killers, and I Have Suffered irreparable

Harm And Hard Ship. Mohammad v. Close, 124 SCT 1303 (2004)

Patria Caruso, Has Failed To Adequately Train And supervise Blaine

Lafler, And these prison officials Where By they CAN Be held

Civilly And Criminally Liable. Mac v. Detroit, 467 Mich. 186,

194 n 7, at 195 n 9 (2002) (citing monell v. New York Depart-

Ment Of Social Services, 436 US 658, 98 SCT 2018-2021, 56

Led 2d 611-615 (1978) ( Mike Cox P 43039, Jenifer Granholm P

40922, and the M.D.O.C., State Police, or State of Michigan DO

Not Have Absolut immunity under § 1983.), or Governmental

immunity under the Civil Rights Act of 1871-1877, Id.

Qualified immunity CAN Not Be Afforded To those who Are

Incompotent, and those who willfully violate the Law, Mally v.

Brigg, 475 US 335, 341, 343, 106 SCT 1092-1094, 89 Led 2d 271 (1986).

11.

See, Also Acts of Arbitrary, Capriou, Deprivation of Federal Civil Rights for Money Damages in, <u>Bivens v. Six Unknown Federal Narcotic Agents</u>, 403 US 388, 91 SCT 1999 (1971); <u>Martinez v. City of Los Angles</u>, 141 F.3d 1373(9th Cir. 1998).

11. Plaintiff Eugene Williams Has No Plain, Adequate or Complete Remedy At Law to redress the wrongs Schscibed Here in, Plaintiff Has Soffered Hardships Placed in Segregation Based of a "Scorn Lover", MDOC Staff Corruption, Fraud, Retaliation and Egregious willful Wanton Discrimination, intentional Placed in Harms way to Be Assaulted and or Killed At this prison. The injuries can not Be Cured By these Defendants, where by this Honorable Court can Grant injunctive And Declartory Relief, which the Plaintiff Seeks.

the Plaintiff Eugene Williams moves this Court to Review All Aruse Pleadings As Tive, And Hold Less Stringent than those Orafted By Trained Attorneys. <u>Haines v. Keener</u>, 404 US. 519, 520 (1972).

Wherefore Plaintiff Eugene Williams prays that

This Honorable Court Grant Judgment And orders Requested By Plaintiff, Eugene Williams.

12. A Declaration that the Acts, And ommissions Described Here in violated Plaintiff's Rights under the Constitution And Laws Of the United States.

13. A preliminary injunction And perminate order that the Defendants, their Supervisors, State Executives stated in this Complaint, The MDOC., Stop All Retaliation, discrimination, And Harassment, (2) Place plaintiff Back To A Level II True Custody prisoner within (72) Seventy-Two Hours.

14. Compensatory Damages of and in the Amount OF $750,000. 00 (Seven Hundred and Fifty thousand Dollars), each,

15. Punitive Damages in the Amount OF 1.6 million Dollars (one Million and Six Hundred Thousand Dollars each).

A Jury Trial on All Issues Trabley by, Jury; And Hardship Dollar's Being placed in Segregation of $150.00. (one Hundred And Fifty Dollars per day).

16. All Plaintiff Cost in Suit.

13.

17. Any And All Relief this Honorable Court Deems Just, proper And Equitable.

18. All information is True To the Best of My Ability Ann Knowlege, that these Acts Happened At St. Louis Corr. Facility Located AT 8585 Crosswell Road. St. Louis, MI 48880

August 15, 2008                    Respectfully Submitted,

Eugene Williams Pro se # 570 886
Baraga Max. Corr. Level V. person 13924 wndaga
Baraga, MI 49908-9204

14.

# Exhibit list

1.) Exhibit A / Notice of Intent

2.) Exhibit B / M.D.O.C. Memorandum

3.) Exhibit C / Segregation Classification Report

4.) Exhibit D / Administrative Hearing Report

5.) Exhibit E / Grievance Form

MICHIGAN DEPARTMENT OF CORRECTIONS

1835-3447   9/91

# NOTICE OF INTENT TO CLASSIFY TO SEGREGATION

CSJ-447

| Institution | Prisoner's Name | Number | Date |
|---|---|---|---|
| IBC | Williams | 570886 | 4/24/07 |

| Reporting Staff Member's Name (Print) | Block/Unit No. | Cell/Room No. |
|---|---|---|
| Inspector Welton | HU-4 | 241B |

DESCRIPTION OF BEHAVIOR OR INCIDENT(S) REQUIRING PLACEMENT IN SEGREGATION

On 4/23/07 Assistant Deputy Warden McCullick at SLF received a phone call from a Mr. Olsen. Mr. Olsen informed ADW McCullick he had witnessed his roommate, Karen See ironing her old Michigan Department of Correction uniforms, and making what he thought was a fake State ID Card. Mr. Olsen expressed how this concerned him because he knew Ms. See had been an MDOC employee who had left State Civil Service when it was reported she was having a relationship with a prisoner Williams 570886. Prisoner Williams is currently housed here at IBC. Ms. See does visit him, and after monitoring phone calls placed by prisoner Williams to Ms. See it is obvious they have an established loving relationship which they intend on pursing once prisoner Williams is out of prison. Prisoner Williams current earliest release date is 8/1/2016 and his maximum discharge date is 2/01/24. Given the information stated above and knowing Ms. See has intimate knowledge related to MDOC operations staff at IBC have concerns regarding Ms. See's intentions, and prisoner Williams being a possible escape risk.

| Date and Time of Placement in Segregation (Pending Hearing) | | | | Reporting Staff Member's Signature | | |
|---|---|---|---|---|---|---|
| Date: | | Time: | | | | |

| Hearing Investigator Requested? | | No | Yes | Witnesses Requested? | No | Yes (List) |
|---|---|---|---|---|---|---|
| Relevant Documents Requested? | | No | Yes (List) | | | |

Additional Comments:

On 4/24/07 I conducted an interview with Ms. See regarding the above information. During this interview Ms See told me she had relinquished all MDOC equipment at the time she resigned and she intended on continuing her relationship with prisoner Williams stating she would not do anything illegal. I have attempted to contact Mr. Olsen regarding this issue: however, at this time I have not made contact with him. ADW McCullick informed me Mr. Olsen turned over the original information to SLF staff which was used to begin the preliminary investigation which lead to Ms. See's resignation.

| Hearing Date | Reviewing Officer's Signature and Date |
|---|---|
| | |

| I have received a copy of this report. My signature does not necessarily mean that I agree with this report. | Prisoner's Signature |
|---|---|

WAIVER FOR PROTECTIVE SEGREGATION:

I have read the above report and understand that I have a right to a formal hearing before being classified to segregation, and the right to call witnesses and receive staff assistance at the hearing. However, I waive my right to a hearing and agree to be classified to segregation for my own protection.

| Signature of Staff Member who has read and explained waiver to prisoner | Prisoner's Signature |
|---|---|

DISTRIBUTION: Institution File, Central Office, Prisoner, Counselor, Hearing Investigator

EXhibit-B

# MICHIGAN DEPARTMENT OF CORRECTIONS

*AExpecting Excellence Every Day@*

## MEMORANDUM

**DATE:** 21 February 2007

**TO:** K. Sheets, Grievance Coordinator
St. Louis Correctional Facility

**FROM:** Mark W. McCullick, ADW
St. Louis Correctional Facility

**SUBJECT:** Step 1 Grievance Response
SLF-07-02-0267-22a
Willaims 570886, 7-118

The grievant was interviewed on 21 Feb 2007 in my office.

Grievant alleges that he was wrongfully held in segregation. Specifically, it was alleged that he had been involved in behavior that was over familiar with a staff member at SLF. Sought relief is to be returned to general population.

An investigation was started in to allegations of over familiarity between Prisoner Williams and a female officer from SLF. It is normal for the prisoner named in allegation of this nature to be temporarily held in segregation while the allegations are being investigated. It was determined early in the investigation that Prisoner Williams could be released from segregation while the investigation continued. Prisoner Williams was released from segregation at that time. During the interview about this grievance Prisoner Williams stated he was satisfied with being returned to general population in the time frame he was, and stated he wanted to sign this grievance as being resolved at step one.

Mark W. McCullick, ADW     21 Feb 2007
Respondent's Name and Title     Date

S. Rivard, Deputy Warden     2/22/07
Reviewer's Name and Title     Date

# CLASSIFICATION HEARING REPORT    Exhibit - C

Case 2:08-cv-13824-AC-MKM    Document 1    Filed 09/05/2008    Page 22 of 29

| IBC | Williams | NUMBER 570886 | DATE OF HEARING 4-27-07 |
|---|---|---|---|
| REPORTING STAFF MEMBER'S Inspector Welton | DATE OF NOTICE OF | BLOCK/UNIT | CELL/ROOM |

## PRISONER'S STATEMENT AND EVIDENCE IN ADDITION TO NOTICE OF INTENT AND HEARING INVESTIGATOR'S REPORT (If Requested):

Statement of Williams ,Proposed Visitor Restriction & Disposition& related HI & statements of COs Angel & Shotwell  Williams: Mr.Olsen just doesn't like  that his ex- wife is seeing me. He makes things up to us in trouble. This isn't the first time  & he'll continue to lie. I'm not an escape risk & don't plan on  escaping .  Insp. Welton in note added to the bottom of The NoI says: this information has been passed on to Michigan State Police Detective Treitch. Inspector Welton also stated that Ms. See had been terminated ~~~~~~~~ as a CO for "over-familiarization with a prisoner."& that Mr Olsen claimed she was recreating her MDOC ID card on computer.    Officer Angel & C/O Shotwell said in writing that the license plate # given by Ms. See on 4-7-07 when visiting Williams was not on her car. She had an entirely different plate # on her vehicle.  Ms See claimed clerical error due to faulty memory. However, HO noted that even the expired  license # provided by Ms See was inaccurate. Per Information of COs Angel & Shotwell Ms. See had refused to give her House address only giving a P.O. Box # instead .

## FINDINGS OF FACT AND REASONS FOR FINDINGS:

Facts are established. Hearing officer finds that information that  Ms. See has retained Dept. of Corrections officers uniform after having  resigned or being terminated from MDOC and that she had been attempting to recreate a MDOC ID card is plausible . Hearing officer finds that information of Inspector Welton is credible and finding is that Ms. See had resigned or been terminated from her job as a C/O ~~~~ due to over familiarization with a prisoner. Finding is that Ms. See has established a romantic relationship with prisoner Williams who is serving a substantial sentence and his earliest release date is in 2016.  Ms See has been visiting prisoner Williams at IBC and on 4-5-07 & on 4-7-07 when filling out paperwork to visit inmate Williams, Ms See did write  down an erroneous License plate # which was not even the correct number of her expired 2006-2007 license plate.    Hearing officer finds that the totality of the above information is reason to believe that Ms See may have  been  planning some time of escape attempt for prisoner Williams .

| HEARING OFFICER'S SIGNATURE | DATE |
|---|---|
|  | HO Spurgis 4-27-07 |

NOTE: After completion of above, and review of findings with prisoner, send ALL copies to SCC for completion of portion below.

## DISPOSITION OF CLASSIFICATION    Administrative Segregation

REASONS FOR DISPOSITION:

Prisoner has been found to be in a relationship with a visitor who may the attempting to assist prisoner in escaping secure Custody. This information was received from an outside Source and visitor is a former MDOC Employee

| DATE 5/1/07 | (1) Signature of Classification Committee | (2) Signature of Classification Committee |
|---|---|---|

| AFTER COMPLETION, SERVE PRISONER WITH COPY OF        THIS REPORT AND OBTAIN SIGNATURE, IF POSSIBLE. | I have received a copy of this report. My signature does not    necessarily mean that I agree with its contents. PRISONER'S |
|---|---|

| SIGNATURE OF PERSON SERVING COPY ON PRISONER: | DATE OF SERVICE: |
|---|---|
| B. K——— | |

Exhibit O

DEPARTMENT OF CORRECTIONS

4835-3153 2/91

**ADMINISTRATIVE HEARING REPORT - FORMAL** (Conducted in accordance with R791.3315)

CSJ-153

| Prisoner Number | Prisoner Name | | Institution | Date of Notice |
|---|---|---|---|---|
| 570886 | **Williams** | | IBC | 4-9-07 |
| Reporting Staff Member's Name | | | Visitor's Name (if applies) | |
| | D. Wilson | | Karen See | |

Type of Hearing

PROPOSED 90 DAY VISITOR RESTRICTION

| Notice Read To and Discussed with Prisoner/Visitor | (Check if Applies) | No Hearing Investigation Requested | |
|---|---|---|---|
| | [X] | | [ ] |
| Hearing Investigation Read To and Discussed with Prisoner/Visitor | (Check if Applies) [X] | | (Check if Applies) |

**EVIDENCE / STATEMENTS IN ADDITION TO NOTICE:**

Statements of officers Angel and C/O Shotwell both of whom state that the license plate number given by Ms. Karen See in filling out her paperwork to visit on 4-7-07 was erroneous.    Number listed by Ms. K. See per the attached VISITOR'S DAY REGISTER is DZH 795 while the license plate number actually on vehicle of Ms. K. See was actually BJA 7503 .

Mrs K. Karen See stated at Hearing that this inaccurate number written by her was a mere clerical error since that was her old plate number . Her plate had been renewed and replaced in March 2007.

As Evidence Ms. Karen see produced a copy of her Secretary of state Michigan Registration which shows that her plate was renewed March , 2007 and is now valid until March 18, 2008.   Her new plate number is BJA 7503 K.  Replacing plate # DZH705.  Ms. K. See adds that she has traveled frequently with her son and has been used to giving her old plate number from memory.

**DISPOSITION**

RESTRICTION NOT IMPOSED

**REASON FOR FINDING:**

Hearing officer finds that the erroneous plate number listed by Williams was a mere clerical error due to faulty memory. Hearing officer finds no benefit in Ms. See intentionally listing an erroneous license plate number .Hearing officer finds that her error was not an intentional false statement with respect to visiting prisoner Williams but was an unintentional mistake.

| Hearing Officer's Name & CMIS Code (Typed) | Copy of Hearing Report personally handed to Prisoner/Visitor | |
|---|---|---|
| Spurgis 020 | by Hearing Officer this date          (check if | [ ] |
| HEARING OFFICER'S SIGNATURE | Copy of Hearing Report Given to Staff Member by Officer for Delivery to Prisoner/Visitor (check if | [x] |

ENVIRO ~ ORF        RumWright    2/19/07

R 201.

MICHIGAN DEPARTMENT OF CORRECTIONS                     4835-4247 10/94
PRISONER/PAROLEE GRIEVANCE FORM                         CSJ-247A

Date Received at Step I  __6/4/07__  Grievance Identifier: |5|7|B|C|0|7|0|6| |1|6|3|2| |2|2|B|

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Eugene Williams | 570886 | 1BC | 1-109 | 4/24/07 | 6/1/07 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 5/14/07
If none, explain why. I tryed to explain to the holders of SCC that I'm being held for false allegations being made on my behalf.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I'm being held in seg for false allegations

being made on my behalf, and I should not be here. My girlfriends exboyfriend (Mr. Olson) called the facility stating that he seen her making a fake ID and wearing her old MDOC uniforms, which was not at all true. Ms. SCC (my girlfriend) used to be a C/O but she resigned, and upon doing so she turned in all of her proper equipment (including uniforms) which was established to Hearing officer (Inspector) Walton so that statement was totally false. Also staff's using the fact that Ms. SCC gave an incorrect plate # to her vehicle when she came to visit me, but when she got interviewed for a restriction for visits the restriction couldn't be upheld because it was proved to be "clerical error" or an unintentional mistake. It's clear that I'm here for no good reason and I need to be released immediately.
(Included: seg classification Hearing Report, NOI, and administrative Hearing report (visiting restriction was __not upheld__))

                                                            Williams
                                                      Grievant's Signature

RESPONSE (Grievant Interviewed?  ☑ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)
Prisoner was heard on an NOI on 4.27.07 ! the facts were established. SCC placed Williams in admin. seg. on 5.1.07 based on the Notice of Intent. Williams was seen by SCC in accordance w/ P.D. 04.05.120. Williams was released from A/S on 6.5.07 by SCC. Grievance resolved!

| Respondent's Signature | | | Reviewer's Signature | | |
|---|---|---|---|---|---|
| B. Ibach | 6-5-07 | | R.W. | R. Wright | 6/5/2007 |
| Respondent's Name (Print) | ARUS Working Title | | Reviewer's Name (Print) | RUM Working Title | Date |

| Date Returned to Grievant: 6/6/07 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date 6/5/07 |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## Additional Defendants

1  James Armstrong     MDOC   Grandview Plaza PO Box 30003 Lansing, MI
                                                      48909

2  Kenneth MacMaehen

3  Lauren Heitz

4  Richard Stapleton

5  Anthony Mcloud

6  Christopher Chapler

7  Katherine Meni       Baraga Max. Corr. Fac. 13924 Wadaga Rd. Baraga, MI 49908

8  Warden Jerr-Ann Sheri       Chippewa Corr. Fac 4269 W. M-80 Kincheloe, MI
                                                      49784

9  Art Perry

10  ADW Bayton

11  ~~Warden~~ ADW Mackie

1-A

Class Action Settlement Agreement Violations By
the defendants in Cain, etal V. Michigan Dept. of Corrections,
461 Mich. 470 (1996) Compliance Codes violated
weekly, monthly at Oaks ELF. SLF ST Louis, IBC
Bellamy Creek, DRF Carson City, URF Chippewa, Marquette,
AMF Baraga Prison Facilities as of 8/11/08 From 8/15/08

| | | | |
|---|---|---|---|
| 9.123 | 9.173 | 9.226 | 9.318 |
| 9.124 | 9.174 | 9.227 | 9.319 |
| 9.125 | 9.175 | 9.228 | 9.320 |
| 9.126 | 9.176 | 9.240 | 9.321 |
| 9.127 | 9.179 | 9.241 | 9.401 |
| 9.128 | 9.190 | 9.242 | 9.404 |
| 9.140 | 9.191 | 9.243 | 9.407 |
| 9.141 | 9.192 | 9.246 | 9.408 |
| 9.142 | 9.193 | 9.263 | 9.409 |
| 9.143 | 9.200 | 9.265 | 9.420 |
| 9.144 | 9.201 | 9.281 | 9.421 |
| 9.145 | 9.202 | 9.300 | 9.422 |
| 9.146 | 9.203 | 9.301 | 9.427 |
| 9.147 | 9.204 | 9.302 | 9.400 |
| 9.148 | 9.205 | 9.303 | 9.460 |
| 9.160 | 9.206 | 9.304 | 9.461 |
| 9.161 | 9.207 | 9.310 | 9.500 |
| 9.162 | 9.208 | 9.311 | 9.501 |
| 9.163 | 9.209 | 9.312 | 9.502 |
| 9.164 | 9.220 | 9.313 | 9.504 |
| 9.165 | 9.221 | 9.314 | 9.507 |
| 9.166 | 9.222 | 9.315 | 9.508 |
| 9.167 | 9.223 | 9.316 | 9.509 |
| 9.168 | 9.224 | 9.317 | 9.520 |
| 9.169 | 9.225 | | 9.521 |
| 9.170 | | | 9.522 |

Affidavit

State of Michigan
County of Baraga

Eugene Williams, Duly Subscribes Deposes and says: that the information contained in the 42 USC §1983 Complaint Form is true to my best belief and knowledge. Also that MDOC officials actively engaged in illegal, unlawful, unconstitutional conduct, that was racially motivated, in retaliation for me exercising my Federal Rights secured by the Constitution and laws of the United States.

_____
Eugene Williams

Subscribed before me this 12 day of August 2008

K. [illegible]
NOTARY PUBLIC, STATE OF MI
COUNTY OF ONTONAGON
MY COMMISSION EXPIRES Sep 7, 20[illegible]
ACTING IN COUNTY OF BARAGA

Notary Public
8/12/08

Proof Of Service

Pursuant To: Fed. R. Civ. P. Rules 4.1, 4(c)(h), 5, 7(A-F)
7.1, 8(a)(1)(2)(3), (c), (e), 9(A-F), 11(A-c),
12(b)(1-3), 13(A-D), 15, 16, 20(a)(b), 33, 34,
37(A-D)(f), 41(b), 44(A-D), 50, 54(b)(c), 56, 57
58, 59, 65, 81; U.J. Const. AMS 1, 4, 5, 6, 8, 9, 10,
13, 14, 15; Const. 1963, Art I §§ 1185, 12, 13, 14, 15, 16, 17
18, 19, 20. 18USC §§ 2, 4-18(a), 23, 25, 27, 101, 102, 241, 242
371, 400-401, 455, 844(i), 1001-02, 1341-47, 1501-1512
1621-1623, 1861, 1950-1968, 2071, 2073, 2113, 42USC §§
1981, 1983, 1985, 2000 cc-1, 2000-dd-1 (A-c), etc.

I certify I mailed these Documents To the Below Listed
Parties through MDOC Expedited Legal Mail Process.

• U.J. District Court Clerk (E.D.N.D.) 1000 Washington Street
Bay City, MI 48707

_Eugene William_

Eugene William # 570886           Baraga Max. Con. Fac.
                                   13924 Wadaga Road
                                   Baraga, MI 49908-9204

August 15, 2008

# CIVIL COVER SHEET FOR PRISONER CASES

Case No. 08-13821 _____     Judge: Cohn _____     Magistrate Judge: Morgan _____

| | |
|---|---|
| **Name of 1ˢᵗ Listed Plaintiff/Petitioner:**<br><br>EUGENE WILLIAMS | **Name of 1ˢᵗ Listed Defendant/Respondent:**<br><br>BLAINE LAFLER, et al |
| **Inmate Number:** 470886 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Baraga Maximum Correctional Facility<br>301 Wadaga Road<br>Baraga, MI 49908<br>BARAGA COUNTY | |

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☐ 550 Civil Rights
☒ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1.  **Is this a case that has been previously dismissed?**
    ☐ Yes       ☐ No
    ➤ **If yes, give the following information:**
        Court: _____
        Case No: _____
        Judge: _____

2.  **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
    ☐ Yes       ☐ No
    ➤ **If yes, give the following information:**
        Court: _____
        Case No: _____
        Judge: _____